LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

LEWIS ROCA ROTHGERBER CHRISTIE LLP
Nicole M. True, Esq. (Bar No. 12879)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: (602) 262-5311
Fax: (602) 262-5747
E-mail: ntrue@lrrc.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| VICKIE E. DELULLO,<br><br>       Plaintiff,<br><br>     vs.<br><br>ELLIS, BANDT, BIRKIN, KOLLINS &<br>WONG, P.C. PLAN;  and<br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, a Maine corporation,<br><br>       Defendants. | Case No.:  2:17-cv-02326-RFB-PAL<br><br><br>**STIPULATION AND ORDER TO<br>DISMISS PLAINTIFF'S SECOND<br>CLAIM FOR RELIEF** |

     IT IS HEREBY STIPULATED by and between Plaintiff VICKIE E. DELULLO; Defendant ELLIS, BANDT, BIRKIN, KOLLINS & WONG, P.C. PLAN;  and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation, through their respective attorneys of record, that the Second Claim for Relief, for specific performance, as set forth in paragraphs 29 through 31 of Plaintiff's Complaint, is hereby dismissed with prejudice.  The claim set forth in Plaintiff's First Claim for Relief specifically has not been dismissed by this stipulation and order.

     There shall be no award of attorneys' fees or costs due and owing specifically as a result of this voluntary dismissal of Plaintiff's Second Claim for Relief;  however, nothing in this Stipulation shall preclude or limit either party from requesting or being awarded costs and/or attorneys' fees, in

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

1  whole or in part, in the event that either party is deemed the prevailing party upon the entry of

2  judgment on the remaining claims that are being pursued in this matter.

3  DATED: 15 November 2017                    DATED: 15 November 2017

4  LAW OFFICES OF ROBERT P. SPRETNAK          LEWIS ROCA ROTHGERBER CHRISTIE
                                              LLP
5
   By: /s/ Robert P. Spretnak                 By: /s/ Nicole M. True
6     Robert P. Spretnak, Esq.                   Nicole M. True, Esq.

7  Attorney for Plaintiff                     Attorneys for Defendants

8  8275 S. Eastern Avenue, Suite 200          201 East Washington Street, Suite 1200
   Las Vegas, Nevada 89123                    Phoenix, Arizona 85004-2595
9

10

11
                                **ORDER**
12

13                        IT IS SO ORDERED.

14

15  _____

16                  RICHARD F. BOULWARE, II

17                  United States District Judge

18                  DATED this 30th day of November, 2017.

19

20

21

22

23

24

25

26

27

28

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123