Nicole M. True
NV State Bar No. 12879
**LEWIS ROCA** ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595
Tel: 602.262.5311
E-mail: ntrue@lrrc.com

*Attorneys for Unum Life Insurance Company*
*of America and Ellis, Bandt, Birkin, Kollins &*
*Wong, P.C. Plan*

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

VICKIE E. DELULLO,

      Plaintiff,

v.

ELLIS, BANDT, BIRKIN, KOLLINS &
WONG, P.C. PLAN; ELLIS, BANDT,
BIRKIN, KOLLINS & WONG, PROF.
CORP., a Nevada Professional Corporation dba
DESERT RADIOLOGISTS; and UNUM LIFE
INSURANCE COMPANY OF AMERICA, a
Maine corporation,

      Defendants.

Case No. 2:17-CV-2326

**STIPULATION AND ORDER TO
DISMISS WITH PREJUDICE**

      Plaintiff Vickie E. Delullo and defendant Unum Life Insurance Company of America stipulate that this matter may be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

      DATED this 12th day of February, 2018.

LAW OFFICES OF ROBERT P. SPRETNAK

By: *s/ Robert P. Spretnak (w permission)*
     Robert P. Spretnak
*Attorneys for Plaintiff Vickie E. Delullo*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/ Nicole M. True*
     Nicole M. True
*Attorneys for Defendant Unum Life Insurance*
*Company of America and Ellis, Bandt, Birkin,*
*Kollins & Wong, P.C. Plan*

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
United States District Judge

DATED: February 13, 2018.

103536249_1