Nicole M. True
NV State Bar No. 12879
**LEWIS ROCA** ROTHGERBER CHRISTIE **LLP**
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595
Tel: 602.262.5311
E-mail: ntrue@lrrc.com

*Attorneys for Unum Life Insurance Company of America and Ellis, Bandt, Birkin, Kollins & Wong, P.C. Plan*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VICKIE E. DELULLO,<br><br>　　Plaintiff,<br><br>v.<br><br>ELLIS, BANDT, BIRKIN, KOLLINS & WONG, P.C. PLAN; ELLIS, BANDT, BIRKIN, KOLLINS & WONG, PROF. CORP., a Nevada Professional Corporation dba DESERT RADIOLOGISTS; and UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation,<br><br>　　Defendants. | Case No. 2:17-CV-2326<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　Plaintiff Vickie E. Delullo and defendant Ellis, Bandt, Birkin, Kollins & Wong, P.C. Plan stipulate that this matter may be dismissed with prejudice, each party to bear their own costs and attorneys' fees. This will depose of the case in its entirety.

　　DATED this 29th day of January, 2019.

| | |
|---|---|
| LAW OFFICES OF ROBERT P. SPRETNAK | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: *s/ Robert P. Spretnak (w permission)*<br>　　Robert P. Spretnak<br>*Attorneys for Plaintiff Vickie E. Delullo* | By: *s/ Nicole M. True*<br>　　Nicole M. True<br>*Attorneys for Defendant Unum Life Insurance Company of America and Ellis, Bandt, Birkin, Kollins & Wong, P.C. Plan* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

　　DATED this 29th day of January, 2019.

107191469_1